IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JON STUART and
AUTUMN STUART                                                                   PLAINTIFFS

v.                              No. 4:24-cv-130-DPM

MASSACHUSETTS BAY
INSURANCE COMPANY                                                        DEFENDANT

### ORDER

Motion to remand, *Doc. 7*, denied without prejudice and with instructions. If the Stuarts file a stipulation that they will not seek a total recovery in this case from all sources in excess of the statutory amount, *Bell v. Hershey Co.*, 557 F.3d 953, 958 (8th Cir. 2009), including by any later amendment of their complaint or otherwise, then the Court will remand. If no such stipulation is filed, the case will stay here. Any stipulation due by 10 April 2024.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 March 2024