# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JON STUART and**
**AUTUMN STUART**                                                              **PLAINTIFFS**

**v.**                              **No. 4:24-cv-130-DPM**

**MASSACHUSETTS BAY**
**INSURANCE COMPANY**                                                          **DEFENDANT**

## ORDER

The Court notes the Stuarts' clarifying stipulation about the amount in controversy, *Doc. 11*. Based on that binding statement, this Court remands this case to the Circuit Court of Lonoke County, Arkansas for lack of subject matter jurisdiction. 28 U.S.C. § 1447(c).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 April 2024